IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,
_____/

## RUDOLPH'S MOTION TO EXCLUDE
## UNTIMELY DISCLOSED EXPERT OPINION

Lawrence Rudolph, through counsel, files this motion to exclude testimony regarding an untimely expert disclosure.

This Court ordered the parties to make their expert disclosures by July 15, 2022, and rebuttal disclosures by July 22. Doc. 105. Both parties disclosures numerous experts and reports by those deadlines (the parties agreed on a brief extension for some expert disclosures that are not pertinent for this motion). The government, however, now seeks to introduce an additional untimely expert report and opinion.

**The Court should not permit the government or its experts to rely on John Politan's report, which was disclosed on July 1, 2022**.

On June 15, the government listed John Politan, Esq. as an expert in "estate planning," and said he would "testify to his expert conclusion that the Rudolph Family Trust ... would not qualify as an irrevocable life insurance trust." The government, however, did not attach Mr. Politan's report or the bases and reasons for his opinion as required by the rules. Instead, the government disclosed the report, which is dated June 29, 2022, on July

1, 2022. With that disclosure, the government informed the defense that it will not be calling Mr. Politan, but will instead provide the untimely report to a different expert, Peter Milnes, so that he can testify about it.

The government should not be able to end-run the Court's deadlines by having another expert testify about Mr. Politan's late-disclosed analysis. As this Court just explained in its Order on experts, "there are only four court days remaining until trial begins, and allowing an updated expert report would not give Rudolph sufficient time to prepare a rebuttal expert report or disclosures." Doc. 190 at 11, n. 3.

## Certificate of Service

This motion was filed and served on all parties on 3 July 2022 using CM/ECF.

Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ David Oscar Markus
      David Oscar Markus
      Florida Bar Number 119318
      dmarkus@markuslaw.com

      /s/ A. Margot Moss
      A. Margot Moss
      Florida Bar Number 091870
      mmoss@markuslaw.com