

**U.S. DEPARTMENT OF JUSTICE**

**Cole Finegan**
*United States Attorney*
*District of Colorado*

---

*Bryan David Fields*            *1801 California Street*            *(303) 454-0100*
*E. Garreth Winstead*           *Suite 1600*                        *FAX (303) 454-0404*
*J. Bishop Grewell*             *Denver, CO 80202*
*Assistant United States Attorneys*

May 31, 2022

**David Oscar Markus**                    **John W. Dill, PA**
Markus & Markus, PLLC                     941 West Morse Blvd.
Penthouse 1                               Suite 100
40 NW Third Street                        Winter Park, Florida 32789
Miami, FL 33128                           Phone: (321) 214-4799
Phone: 305-379-6667                       Email: john@johnwdill.com
Email: dmarkus@markuslaw.com

**Attorney for Lawrence Rudolph**         **Attorney for Lori Milliron**

**Anita Margot Moss**
Markus/Moss PLLC
40 NW Third Street
Miami, FL 33128
Phone: 305-379-6667
Fax: 305-379-6668
Email: mmoss@markuslaw.com

**Attorney for Lawrence Rudolph**

Re:     *United States v. Rudolph et al.* (22-cr-000012-WJM)
       **Notice of Expert Testimony Pursuant to Fed. R. Crim. P. 16(a)(1)(G)**

Dear Counsel:

    The government hereby gives notice of its intent to call certain witnesses at the upcoming trial to elicit expert opinions. The government identifies those witnesses below and, pursuant to Fed. R. Crim. P. 16(a)(1)(G), provides a description of each witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.  In some instances, the identified expert is still working on his formal report, which will be produced to you as soon as it is finished and before the expert disclosure deadline of June 15, 2022.

May 31, 2022
Page 2 of 21

## A.   MEDICAL EXPERTS

(1)   <u>Dr. Daniel Maswahu</u> (University Teaching Hospital, Lusaka, Zambia)

Dr. Maswahu currently serves as the Medical Officer in Charge at the Ruth Kaluma Memorial Clinic in Livingstone, Zambia.  In 2016, he was a forensic pathologist at University Teaching Hospital.  He performed the autopsy on Bianca Rudolph after her death.

*a.     Summary of Dr. Maswahu's Expert Testimony and Opinions*

Dr. Maswahu will testify to the methodology and results of the autopsy he performed on Bianca Rudolph on October 13, 2016.  He will describe the wound in her chest, the damage to the interior of the chest cavity, the distance between the shotgun and the wound, the angle of the wound, and his recovery of objects from the chest cavity.  He will also provide his expert medical opinion on the cause of death.

Dr. Maswahu will testify to the things observed and noted in his autopsy report, which was provided to you at INV_00001462 – INV_00001463, as well as the additional observations summarized in the reports of interview provided to you at INV_00000034 – 35.  An additional report regarding the interview of Dr. Maswahu will be forthcoming.

*b.     Bases and Reasons for Dr. Maswahu's Opinions*

Dr. Maswahu's testimony and opinions are based on his education, training, and experience as well as his personal examination of Bianca Rudolph's body as part of an autopsy.

*c.     Dr. Maswahu's Qualifications*

Dr. Maswahu's qualifications are set forth in his *curriculum vitae* which was provided at EXP_00000017 – EXP_00000027.

(2)   <u>Dr. Stephen Cina M.D. FCAP, D-ABMDI</u> (Cina & Cina Consulting, Loveland, CO)

Dr. Stephen Cina is currently a deputy coroner for Larimer County, Colorado.  As set forth in his *curriculum vitae*, he has been a medical examiner for approximately 30 years. He provided an expert review of evidence in this case related to Bianca Rudolph's cause and manner of death.

*a.     Summary of Dr. Cina's Expert Testimony and Opinions*

Dr. Cina will testify to the methodology and results of his professional medical review of (i) photographs taken at the scene of Bianca Rudolph's death, (ii) statements of witnesses who observed Bianca Rudolph's body at the scene or who later observed her wounds, (iii) statements of witnesses describing the circumstances surrounding Bianca Rudolph's death, (iv) the forensic pathologist autopsy report on Bianca Rudolph, (v) ballistics reports related to the Browning 12-

May 31, 2022
Page 3 of 21

Gauge Auto 5 Shotgun.

Dr. Cina will testify to the expert medical opinions expressed in his report, which was provided at INV_00002078 – INV_00002080.  Among other things, he will specifically testify that test firings of the Browning 12-Gauge Auto 5 Shotgun most closely matching the 6-cm entrance wound in Bianca's chest were those that occurred approximately 2 feet, 0.5 inches to 3 feet 0.5 inches away from the target, with the wound target most closely resembling the wound being a full-choke test fire from 3 feet, 0.5 inches away.  He will also testify that in his expert medical opinion, "it would be physically impossible to accidentally fire this shotgun in its carrying case and produce the entrance defect noted on the body of Ms. Rudolph" and that "it would be extremely difficult, if not impossible, for Ms. Rudolph to reach the trigger of this weapon even if it was placed in the case with the muzzle pressed against her chest."  A supplemental report describing Dr. Cina's opinions after reviewing additional material, like the review of the soft case on April 28, 2022, will be forthcoming.

Dr. Cina will also describe the properties, purposes, and effects of propofol. He will further explain how propofol is used in medical procedures, how it can be misused, and how it typically presents itself during forensic medical examinations.

> b.    *Bases and Reasons for Dr. Cina's Opinions.*

Dr. Cina's testimony and opinions are based on his education, training, and experience as well as his review of the following materials in this case:

| Description of Materials Reviewed | Bates Numbers |
|---|---|
| Photographs | INV_PT_00000009 - INV_PT_00000033; INV_PT_00000415 - INV_PT_00000434; INV_00000414, INV_00000419 – 420; INV_00000426; INV_00000430- INV_00000431; INV_00000436; INV_00000447- INV_00000448; INV_00000450; INV_00000455 - INV_00000456; |
| Redacted Interview of Mark Andrew Swanepoel | INV_00000961- INV_00000973 |
| Redacted Interview of Eugenia Finizio | INV_00000974 – INV_00000978 |
| Redacted Interview of Valerie Wood | INV_00000979 – INV_00000983 |

| | |
|---|---|
| Redacted Interview of Mark Andrew Swanepoel | INV_00000984 – INV_00000993 |
| Redacted Interview of Pieter Swanepoel | INV_00000995 – INV_00001004 |
| Redacted Interview of Jonathan Kazmar | INV_00001122 – INV_00001125 |
| Redacted Interview of Chad Eversgerd | INV_00001126 – INV_00001128 |
| Redacted Interview of Otto Westhassel | INV_00001129 – INV_00001135 |
| Redacted Interview of Lawrence Rudolph | INV_00001136 – INV_00001137 |
| Investigation Reports from Zambia Police Service | INV_00001138 – INV_00001149 |
| Report of Testing (February 25, 2021) and Notes | INV_00000932 – INV_00000940 INV_00000921 – INV_00000930 |
| Interview of Dr. Daniel Maswahu | INV_00000034 - INV_00000035 |
| Photographs of Wadding and Shotshells | INV_00000669-INV_00000671 |
| Report of Testing of July 2021 | INV_00005710 – INV_00005716 |
| Photographs of Shotshell Ammunition and Testing | INV_00008126 - INV_00008161 INV_00017438 – INV_00017542 |
| Photographs of Examination of Soft Case | INV_00027576 – INV_00027671 |
| Report of Examination of Soft Case | INV_00028401 – INV_00028402 |

*c.*       *Dr. Cina's Qualifications.*

Dr. Cinas's qualifications are set forth in his *curriculum vitae* which was provided at EXP_00000032 – EXP_00000054 and on the first page of his report, INV_00002078.

(3)       <u>Dr. James Caruso, M.D.</u>

Dr. Jim Caruso is currently the Chief Medical Examiner of the City and County of Denver. He provided an expert review of the evidence in this case related to the injury to Lawrence Rudolph's thumb on October 25, 2006.

*a.*       *Summary of Dr. Caruso's Expert Testimony and Opinions*

Dr. Caruso's testimony and opinions are based on his education, training, and experience, as well as his professional review of (i) photographs of the wound to Lawrence Rudolph's thumb taken on the day the injury occurred, (ii) statements of Lawrence Rudolph describing the circumstances leading up to the injury, (iii) statements of Clint Burton describing the circumstances leading up to the injury. He will testify that in his expert medical opinion, the wounds to Lawrence Rudolph's thumb and hand are consistent with a close-contact gunshot wound.

May 31, 2022
Page 5 of 21

Dr. Caruso will testify to the expert medical opinions expressed in statements to the FBI, reported at INV_00017397, and emails, which were provided at INV_00017399-INV_00017404. A formal report with more detail regarding his conclusions will be forthcoming.

      *b.*     *Bases and Reasons for Dr. Caruso's Opinions.*

Dr. Caruso's testimony and opinions are based on his education, training, and experience as well as his review of the following materials in this case:

| Description of Materials Reviewed | Bates Numbers |
|---|---|
| Medical Records Provided to Principal Life Insurance | PRINL_00000119-124<br>PRINL_00000155 – 162<br>PRINL_00000169 – 172<br>PRINL_00000185 – 193<br>PRINL_00000309 – 324<br>PRINL_00000573 – 575 |
| Medical Records provided to Paul Revere Life Insurance Company / Unum | PAUL_00000032-PAUL_00000045<br>PAUL_00000119-PAUL_00000123<br>PAUL_00000138-PAUL_00000139<br>PAUL_000000148-PAUL_000000150<br>PAUL_000000162-PAUL_000000166 |
| Medical Records provided to American General Life Insurance | AMGEN_00000308-309<br>AMGEN_00000310-335<br>AMGEN_00000575-579 |
| Excerpts from Deposition of Lawrence Rudolph on May 17, 2016 | INV_00015438-15448;<br>INV_00015459-60 |
| Report of Interview of Jay Young | INV_00016906 – INV_00016908 |
| Report of Interviews of Clint Burton | INV_00002063 - 2065<br>INV_00005393 - 00005398<br>INV_00028462-INV_00028465 |
| Photographs of Thumb | INV_00002066 - 2067 |

      *c.*     *Dr. Caruso's Qualifications.*

Dr. Caruso's qualifications are set forth in his *curriculum vitae.* A courtesy copy is attached.

May 31, 2022
Page 6 of 21

## B.   FIREARMS AND BALLISTICS EXPERTS

(4)   <u>Charles S. DeFrance, MFS, CCSR</u> (Federal Bureau of Investigation, Denver Field Division)

Special Agent Charles "Stephen" DeFrance is a special agent with the FBI who conducted expert ballistics testing and reconstruction in this case.

### a.   *Summary of Special Agent DeFrance's Testimony and Opinions*

Special Agent DeFrance will testify to the methodology and results of his efforts to reproduce the conditions of the shooting death of Bianca Rudolph.  He will explain how he went about trying to reproduce those conditions, the variables involved in that reproduction, and how the reproduction was executed.  He will identify the assumptions used in his reproduction, the methods of his experiment, and the results.

Special Agent Defrance will testify to the expert opinions expressed in his written reports and notes, which were provided to you at INV_00000920, INV_00000921 – INV_00000930, INV_00000932 – 940, and INV_00005711 – INV_00005712.

### b.   *Bases and Reasons for Special Agent DeFrance's Opinions*

Special Agent DeFrance's testimony and opinions are based on his education, training, and experience, the reproduction he designed and executed, the test firings he performed, and the measurements he took review of the following materials in this case, as well as his review of the following material:

| Description of Materials Reviewed | Bates Numbers |
| --- | --- |
| December 10th Shotgun Test Day: Photographs, Reports, Notes/Logs and High- Speed Video | INV_00000920, INV_00000921-930, INV_00000932-40, INV_00008340-8448, INV_00008467-8478 |
| July 14th Shotgun Test Day: Photographs, Reports, Notes/Logs and High- Speed Video | INV_00005710, INV_00005711-12, INV_00005713-16, INV_00006106-6119, INV_00017438-17528, INV_00017529, INV_00017530-17542 |
| April 28th Shotgun Test Day: Photographs, Reports, Notes/Logs | INV_00027539-27570, INV_00027571-27574, INV_00027575, INV_00027576-27671 |

May 31, 2022
Page 7 of 21

c.      *Special Agent DeFrance's Qualifications*

Special Agent DeFrance's qualifications are set forth in his *curriculum vitae* which was provided at EXP_00000008 – EXP_00000016.

(5)      <u>Steven Rodgers</u> (Vista Outdoors)

Steven Rodgers is the Senior Product Safety Manager at Vista Outdoor, where he provides technical information about the design and specifications of ammunition manufactured by Vista Outdoor.

a.      *Summary of Steven Rodgers's Testimony and Opinions*

Mr. Rodgers will confirm that the ammunition recovered in Zambia was made by Vista Outdoor, which is also known as the Federal Cartridge Company. He will testify that the ammunition provided to the FBI for its testing has the same ballistic specifications for all manufactured lots.  He will explain that components of the ammunition may change, but that the ammunition is designed to meet specific velocity and pressure specifications to replicate exterior ballistic performance.  Thus, even if different powders are used, weights are changed to ensure the ammunition meets the specifications.

Mr. Rodgers will also testify that the process of patterning done by Special Agent Stephen DeFrance matches the performance of the ammunition from a shotgun with the same barrel length and with either, respectively, a cylinder or full choke.

Mr. Rodgers will tell the jury that achieving a desired 6" tight pattern for a shotshell would require the use of a full choke.  He will explain that the ammunition that killed Bianca is designed to have a tighter pattern.  He will explain the design, how it works, and why it contributes to tighter patterns.

Mr. Rodgers will testify to his ballistics testing and the behavior of the wad at various distances from the muzzle. He will say that tests have shown the wad enter a wound or ballistic gel at up to 10 feet and that only at 10 feet does this occurrence become highly unlikely.

Rodgers can also describe his working experience with semiautomatic shotguns:  how they work, how they are loaded, and how they are unloaded.

He will also provide expert testimony about hunter's safety, describing the rules of hunting safety as they are known by members of hunting and shooting communities.

Mr. Rodgers's written responses to questions about this case, to which he will testify, are attached.

b.     *Bases and Reasons of Rodgers's Opinions*

Rodgers's testimony is based on his education, training, and experience as well as his review of the following materials in this case:

| Description of Materials Reviewed | Bates Numbers |
|---|---|
| Interview of Dr. Daniel Maswahu | INV_00000034 – INV_00000035<br>INV_PT_00000544 - INV_PT_0000545 |
| Interview of Mark Swanepoel and Photographs | INV_00000398 – INV_00000497<br>INV_00000414; INV_00000419;<br>INV_00000420; INV_00000426;<br>INV_00000430; INV_00000431;<br>INV_00000435; INV_00000447;<br>INV_00000448; INV_00000450;<br>INV_00000455; INV_00000456 |
| Interview of Jonathan Kazmar | INV_00000653- INV_00000656 |
| Photographs of Ammunition and Email | INV_00000667 - INV_00000675<br>INV_00000724 - INV_00000763 |
| Reports of Interactions with Vista Outdoor | INV_00000764 - INV_00000767<br>INV_00000813 - INV_00000815 |
| Reports of Ballistic Testing and photographs | INV_00000920 - INV_00000940<br>INV_00005710 - INV_000005713<br>INV_00006106 - INV_00006119<br>INV_00008163 - INV_00008478<br>INV_000017438 - INV_00017528 |
| Zambia Police Reports and Documents | INV_00001214 - INV_00001220<br>INV_PT_0000399 - INV_PT_0000404 |
| Report of Dr. Stephen Cina | INV_00002078 - INV_00002080 |
| Report of Interview of Pieter Swanepoel | INV_00017382 - INV_00017388 |
| Photographs of Death Scene | INV_PT_00000006 - INV_PT_00000034<br>INV_PT_00000413 - INV_PT_00000434 |
| Report of. Dr. Daniel Maswahu | INV_PT_00000586 - INV_PT_00000587 |
| Report of April 28, 2022 Examination | INV_00028401 – IN_00028402 |

May 31, 2022
Page 9 of 21

### c.    Rodgers' Qualifications

Steven Rodgers's qualifications are set forth in his *curriculum vitae* which was provided at EXP_00000028 – EXP_00000039.

(6)    <u>Ryan D. Cook, MS, PE</u> (Browning Arms Company, Morgan, Utah)

Ryan Cook is a licensed professional engineer who currently serves as Firearms Section Chair at the Sporting Arms and Ammunition Manufactures' Institute and as a Senior Design and Analysis Engineer at the Browning Arms Company.

### a.    Summary of Ryan Cook's Testimony and Opinions

Ryan Cook will tell the jury that the serial number of the shotgun found at the scene of Bianca Rudolph's death corresponds to a Browning Auto-5 Semiatomatic shotgun, National Wild Turkey Foundation Edition.  He will describe the manufacture and design of that line of shotguns and will tell the jury that the shotgun purchased by the FBI and used in Special Agent DeFrance's tests and Dr. Bruce Bradtmiller's experiment was manufactured in the same facility as the one that caused Bianca's death, to the exact same specifications.

Ryan Cook will describe the firing mechanism of the Browning Auto-5.  He will describe how the barrel moves when it is fired and how pressure on the barrel can affect its ability to fire. He will describe more specifically the mechanisms that prevent the Browning Auto-5 from being fired without a pull of the trigger, and how damage to those systems would or would not manifest themselves or be apparent to the user. He will further describe the drop testing performed on this line of shotguns and the results of that testing, which met Sporting Arms and Ammunition Manufacturers' Institute standards.  He will opine on the reliability of those tests and the level of confidence they inspire in preventing accidental discharges.  He will then explain how the manufacturing and design process is used to prevent defects.

Mr. Cook's written responses to questions about this, which provide more information about his opinions and conclusions in this case and about which he will testify, are attached.

### b.    Bases and Reasons of Cook's Opinions

Ryan Cook's testimony and opinions are based on his education, training, and experience as well as his review of (1) the shotgun purchased by the FBI, identified at INV_00000851 – 55; INV_0000863; and INV_00000864 (2) the information provided at INV_00000859 - INV_00000860, and his observations of Browning's design and manufacturing processes.  They are also based on the references and materials listed in Mr. Cook's report.

May 31, 2022
Page 10 of 21

c.  <em>Cook's Qualifications</em>

Ryan Cook's qualifications are set forth in his *curriculum vitae* which was provided at EXP_00000005 – EXP_00000006.

## C.  BLOODSTAIN PATTERN EXPERT

(7)  <u>Thomas Griffin</u> (Bevel, Gardner & Associates)

Thomas "Grif" Griffin is a partner at Bevel, Gardner & Associates, where he practices several disciplines, including bloodstain pattern analysis.  He reviewed photographs of the scene of Bianca Rudolph's death and other materials to determine what, if any, conclusions can be drawn about the known bloodstain patterns.

a.  <em>Summary of Tom Griffin's Expert Testimony and Opinions</em>

Mr. Griffin will describe the fields of crime reconstruction and bloodstain pattern analysis.  He will tell the jury what experts in the field mean when they use certain terminology describing blood. He will explain the limitations of bloodstain pattern analysis and how it can be used.  He will describe his examination of the soft case that surrounded the shotgun that killed Bianca Rudolph on October 11, 2016, and the conclusion of his visual, microscopic and chemical inspection:  there were no indications of blood on any surfaces of the case.

Mr. Griffin will also explain the significance of the blood stains that can be seen in photographs taken at the scene of Bianca's death. He will tell the jury about the dynamics of blood and how external forces on a mass of blood will cause it to respond in a generally predictable fashion.  Relying on his training and experience, he will testify that the gushes and splashes of blood on the floor required a blood source above those patterns — overhead.  He will say, based on the bloodstains, that the fatal gunshot wound likely occurred at or near the foot of the bed.

Mr. Griffin will conclude that based on his expertise and the information available, he would expect to see blood or tissue in or around the muzzle end of the soft case for a contact or near-contact entrance wound.  The absence of blood on the case is consistent with the front end of the case being either far enough from her body at the time of the shot to not reach the soft case, or an intermediate object.

Mr. Griffin will also conclude based on his expertise and the information available to him that he would expect to see small back spatter stains and larger bloodstains on the soft case if Bianca were leaning forward or bending at the waist, with the soft case below the entrance wound.

Finally, Mr. Griffin will testify, based on his expertise and the information available to him, that if the shotgun was in any place other than below the entrance wound, it would have had to be elevated in some fashion.

May 31, 2022
Page 11 of 21

Mr. Griffin's expected testimony and opinions are further detailed in his report, about which he will testify.  That report is attached.

b.    *Bases and Reasons for Griffin's Opinions.*

Mr. Griffin's testimony and opinions are based on his education, training, and experience as well as his review of the following materials in this case, as described in his report, and his physical inspection of the soft case provided by the defense, as documented at INV_00027571 – 27671 and INV_00028401 – INV_00028402:

| Description of Materials Reviewed | Bates Numbers |
|---|---|
| Photographs | INV_PT_00000009 - INV_PT_00000033; INV_PT_00000415 - INV_PT_00000434 INV_00000414, INV_00000419 – 420; INV_00000426; INV_00000430- INV_00000431; INV_00000436; INV_00000447- INV_00000448; INV_00000450; INV_00000455 - INV_00000456; |
| Ballistics Report | INV_PT_00000588 – INV_PT_00000589 |
| Forensic Pathologist Report | INV_PT_00000586 – INV_PT_00000587 |
| U.S. Embassy Report of Death of American Abroad | INV_00000582 |
| Zambia Police Services Report | INV_PT_00000057-INV_PT_00000058 |

c.    *Griffin's Qualifications.*

Mr. Griffin's qualifications are set forth in his *curriculum vitae,* which is attached.

**D.    ANTHROPOMETRY EXPERT**

(8)    Dr. Bruce Bradtmiller, Ph.D (Anthrotech, Yellow Springs, OH)

Dr. Bruce Bradtmiller hold a Ph.D in anthropology and currently serves as a Senior Consulting Scientist at Anthrotech.

May 31, 2022
Page 12 of 21

> a. *Summary of Dr. Bruce Bradtmiller's Expert Testimony and Opinions*

Dr. Bradtmiller will testify to the methodology and results of his professional review of (i) medical records describing Bianca's physical measurements, (ii) a photogrammetry analysis performed by Richard Vorder Bruegge (see below), (iii) photographs taken at the scene of Bianca Rudolph's death, (iv) reports regarding the acquisition of the photographs taken at the scene of Bianca Rudolph's death, (v) statements of witnesses who observed Bianca Rudolph's body at the scene or who later observed her wounds, (vi) statements of witnesses describing the circumstances surrounding Bianca Rudolph's death, (vii) the forensic pathologist's autopsy report on Bianca Rudolph, (viii) the acquisition of a Browning Semi-Automatic Auto-5 Shotgun, and (ix) videos of a reach study performed by the FBI. Dr. Bradtmiller was also able to observe and handle that shotgun and, as detailed in his reports, conducted his own field study to reach expert conclusions about the possible reach of Bianca Rudolph.

Dr. Bradtmiller will testify to the expert opinions expressed in his report, which was provided at INV_00028410 – INV_0002824. Among other things, he will describe the field of anthropometry and how its methodologies can be used to determine human reach potential. He will describe the anthropometric surveys and data sets commonly used in the field and explain how they can be used to help determine reach potential. He will then explain the factors that must be evaluated to determine how far an individual can reach, including their physical measurements and ability to move, and how data sets can inform that analysis.

He will explain that photogrammetry was historically commonly used in anthropometry. He will say that other options for measurement are potentially more accurate, but that the photogrammetry study here used the best industry practices in that particular field to estimate the length of Bianca Rudolph's arm. He will testify that the estimate arm length in the photogrammetry study is consistent with what he would expect to see from standard data sets.

Dr. Bradtmiller will testify that arm length is only one component of determining reach. He will explain that he determined Bianca's reach potential by analyzing the FBI's laboratory experiment, which he found to be methodologically sound, and by increasing the sample size with his own experience to draw conclusions with a higher level of certainty.

Dr. Bradtmiller will describe the methodology and results of his own laboratory experiment with 37 volunteers (one of whom was disqualified because of a physical abnormality), designed to determine whether someone with Bianca Rudolph's measurements would have been able to reach the trigger of a Browning Semi-Automatic Auto-5 Shotgun. That study is explained in detail in his report at INV_00028414 – INV_00028418.

Dr. Bradtmiller will provide his expert opinion that it would be "unlikely in the extreme that Bianca Rudolph could reach the trigger of the shotgun using one of her fingers, with the muzzle held against her chest." He will also testify that "given that none of the study participants inserted the shotgun into the bag while pointing it at herself makes the likelihood of an accidental discharge of a weapon while pointed at the chest even more unlikely."

b.      *Bases and Reasons for Dr. Bradtmiller's Opinions*

Dr. Bradtmiller's testimony and opinions are based on his education, training, and experience as well as his review of the following materials in this case:

| Description of Materials Reviewed | Bates Numbers |
|---|---|
| Medical records for Bianca Rudolph | DLG_00000776-00000838 |
| Photogrammetry Analysis | INV_0000789 – 793; INV_00002090; INV_00006429 – 6456; 6478 – 80; 6485 – 6514 |
| Photographs of Bianca Rudolph | INV_00000409; 415-417; 427; 433; 436; 444; 451; 454 |
| Photographs of Death Scene | INV_414-419-420; 426;430-431; 435; 447-448; 450; 455-456; <br><br> INV_PT_00000009 – 28; 415-434; |
| Investigative Reports Regarding Acquisition of Shotgun | INV_00000850-857; |
| FBI Reach Study Materials | INV_00002090-2093; 2094; 2096; 6120-6182; |

c.      *Dr. Bradtmiller's Qualifications*

Dr. Bradtmiller's qualifications are set forth in his *curriculum vitae*, which is attached.

**E.      PHOTOGRAMMETRY EXPERT**

(9)      Dr. Richard Vorder Bruegge, Ph.D (Federal Bureau of Investigation)

Richard Vorder Bruegge is a senior physical scientist with the FBI. He performed a photogrammetry analysis in this case to determine the length of Bianca Rudolph's arm.

a.   *Summary of Richard Vorder Bruegge's Expert Testimony and Opinions*

Richard Vorder Bruegge will describe photogrammetry to the jury. Photogrammetry involves measuring an item of unknown size in a photograph by comparing it to an item of known size in the same photograph. All digital photographs consist of pixels, and each pixel within a given photograph is the same size. The item of known measurement (in this case, the length of a dress) is the ruler and the pixels are the units of measurement on the ruler. The photogrammetric analyst counts the number of pixels in the photograph that make up the item of known measurement (the dress). This scale is then applied to the item of unknown measurement (in this case, Bianca's arm) to determine its measurement.

Vorder Bruegge will explain how he applied photogrammetry techniques to evidence in this case, specifically a photograph of Bianca standing next to her friend and a photograph of that same friend, wearing the same dress, with a ruler in the foreground. He will show how he counted the pixels in the photograph with the ruler and compared them to the pixel coordinates in the photograph with Bianca, determining that 1,806 pixels was equal to 39.75", or 0.02201-inches-per-pixel or 45.434-pixels-per-inch. From this, he can show his calculations to determine that Bianca's arm was 27.75" long, plus or minus 1" and how this value is consistent with standard anthropometric references.

Vorder Bruegge's calculations and analysis are described in more detail, which he will testify to at trial, in documents and notes produced to you at INV_00000789 – INV_00000793 and INV_00006429 – INV_00006436, INV_00006446 – INV_00006455 and INV_00006499-INV_00006514.

b.   *Bases and Reasons for Vorder Bruegge's Opinions*

Mr. Vorder Bruegge's testimony and opinions are based on his education, training, and experience as well as his review of the following materials in this case, which are described at INV_00000795 and are produced to you at INV_00006456 INV_00006479; INV_00006480; INV_00006485 - INV_00006496.

c.   *Vorder Bruegge's Qualifications*

Dr. Vorder Bruegge's qualifications are set forth in his *curriculum vitae*, which is attached

## F.   LIFE INSURANCE EXPERT

(10)   Peter Milnes, CPCU, CIC (Inex Capital & Growth Advisors, New Hampshire)

Mr. Milnes is the co-founder and Chief Executive Officer of Optisure Risk Partners and the Chairman and CEO of Inex Capital & Growth Advisors. He has a lifetime of experience

May 31, 2022
Page 15 of 21

managing, consulting and advising insurance carriers, agencies, and financial institutions on insurance matters.

<i>a.      Summary of Peter Milnes's Expert Testimony and Opinions</i>

Mr. Milnes will explain to the jury the different types of life insurance, their purposes, and the way they are used by high net-worth individuals to manage specific needs, such as managing an estate, engaging in lawful and appropriate tax-management strategies and otherwise making sound financial investment decisions.  He will then explain how and why the insurance policies on the life of Bianca Rudolph, payable to Lawrence Rudolph, deviate from these norms, employ no discernable financial strategy, and are otherwise inconsistent with sound estate planning and financial purposes.

Mr. Milnes will testify to the reasoning and conclusion reached in his report, which is attached.  He will render his expert conclusions that (1) the purchases of life insurance do not appear to be tied to a coherent estate planning strategy, (2) there was no reason for the marginal $3 million increases in life insurance between 2010 and 2014; (3) one of the possible explanations for the Rudolph's unusual life insurance structure and policies is a sign of building a life insurance portfolio intended to cover the death of a spouse for financial gain.

<i>b.      Bases and Reasons for Peter Milnes's Opinions</i>

Mr. Milnes's testimony and opinions are based on his education, training, and experience as well as his review of the following materials in this case:

| Description of Materials Reviewed | Bates Numbers |
| --- | --- |
| Tax Materials | IRS_00000001 – IRS_00002272 |
| Financial Summary | NEWTON_00000001 |
| Records from Ameritas | AMERITAS 00000001 – AMERITAS_00002127 |
| Rudolph Trust | AMERITAS_00000344 - 369 |
| Interview of Ameritas Claim Examiner | INV_00000839 – INV_00000841 |
| Records from Brighthouse (Successor to Metlife) | BRTH_00000001 – BRTH_00001343 |
| Records from Metlife | METLIFE_00000001 – METLIFE_00000512 |
| Records from Fidelity Life Association | FIDELITY_00000001 – FIDELITY_00000101 |

May 31, 2022
Page 16 of 21

| Interview of Fidelity Clams Manager | INV_00000836 – INV_00000838 |
| Records from Genworth | GENWORTH_00000001 – GENWORTH_00000240 |
| Interview with Genwort Manager of Customer Care Claims | INV_00001006 – INV_00001007 |
| Records from Great West Life & Annuity Insurance Company | GRTW_00000001 – GRTW_00000876 |
| Interview of Great West Claims Specialist | INV_00000463 – INV_0000465 |
| Records from TransAmerica | TRANSAM_00000001 – TRANSAM_0000966 |
| Interview of Transamerica Senior Claims Examiner | INV_00000866 – INV_00000868 |
| Interview Insurance Broker | Not yet assigned |
| Recording of Interview with Insurance Broker | Not yet assigned |

### c.     Milnes's Qualifications

Mr. Milnes's qualifications are set forth in his *curriculum vitae,* which is attached.

## G.     DIVORCE LAW EXPERT

(11)     James Padish (Padish Law Group, PLLC; Scottsdale, Arizona)

Jim Padish is a retired Maricopa County Judge who presided over numerous divorce cases.  He now practices as an attorney specializing in family law.

### a.     Summary of James Padish's Expert Testimony and Opinions

James Padish's expert report will be forthcoming.  He has been asked the following questions:

1.     Based on your knowledge, training, and experience what state's law would have applied to any divorce between Bianca and Lawrence Rudolph in 2016?

2.     Based on the applicable state law, what would have been the most likely financial settlement of a divorce proceeding between Bianca and Lawrence Rudolph in 2016?

3.    How, if at all, would a post-nuptial agreement affect a divorce proceeding between Bianca and Lawrence Rudolph in 2016?

4.    How, if at all, would allegations of infidelity have affected a divorce proceeding between Bianca and Lawrence Rudolph in 2016? How would a court in the relevant jurisdiction respond to the argument that the parties had an "open" marriage?

*b.    Bases and Reasons for James Padish's Opinions*

| Description of Materials Reviewed | Bates Numbers |
|---|---|
| Financial Summary | NEWTON_00000001 |
| Summary of Payments to Lori Milliron | Not assigned |
| Affidavit of Lori Milliron | Not assigned |
| Deposit Records – Lori Milliron | Not assigned |
| Records from Ameritas | |
| Rudolph Trust | AMERITAS_00000344 - 369 |
| Will | DEF_00000001 – DEF_000000009 |
| Amended Complaint | INV_000015266 – INV_000 |
| Deposition Transcript (Lori Milliron) | INV_00012285 – INV_00012343 |
| Deposition Transcript (Bianca Rudolph) | INV_00014287 – INV_00014338 |
| Deposition Transcript (Lawrence Rudolph) | INV_00014610 – INV_00014725 |
| Interview of Anna Grimley | INV_00000249-INV_00000256 |
| Interview of Eugenia Finizio | INV_00000886 – INV_00000890 |
| Interview of Valerie Wood | INV_PT_00000003 – INV_PT_00000005 |
| Interview of Valerie Wood | INV_PT_00000035 -36 |
| Interview of Valerie Wood | INV_00000042 - INV_00000046 |
| Interview of Valerie Wood | INV_00000269 – INV_00000273 |
| Interview of Helen Meyer | INV_00000486 – INV_00000494 |
| Interview of Michelle Tantlinger | INV_00000240 – INV_00000244 |

May 31, 2022
Page 18 of 21

| Interview of Ralph and Vince Finizio | INV_00000496 – INV_00000510 |
| Interview of Levi Weaver | INV_00000842 – INV_00000849 |
| Interview of Lauri Pletcher | INV_00000896 – INV_00000902 |
| Interview of Maryann Vermessen | INV_00000942 – INV_00000948 |
| Interview of Richard Edmunds | INV_00001111 – INV_00001119 |
| Interview of John Tiano | INV_00005684 – INV_00005689 |
| Interview of Gilbert Morlock | INV_00005378 – INV_00005381 |
| Post-nuptial Agreement | LM_00000072 – LM_00000101 |

c.      *Padish's Qualifications*

Mr. Padish's qualifications are set forth in his *curriculum vitae*, which is attached.

## H.      FORENSIC ACCOUNTING EXPERT

(12)    Erin Newton, CPA (Federal Bureau of Investigation, Denver Division)[1]

Erin Newton is a Certified Public Accountant currently working for the Federal Bureau of Investigation as a forensic accountant.

a.      *Summary of Erin Newton's Expert Testimony and Opinions*

Ms. Newton will testify to the methodology and results of her professional accounting of financial records obtained during the investigation in this case.  She will explain to a jury how she performed a net worth analysis to show the net worth of the Rudolphs' marital estate.  She will explain what a net worth analysis is, how it's done, and how she performed that analysis in this particular case.  Ms. Newton will also explain the concept of a cash flow analysis to the jury, how one is performed, and the results of that analysis in this case.

Ms. Newton's analysis and opinions are expressed in more detail in her report, which is attached.  She will testify that in her opinion, Lawrence Rudolph's net wealth experienced a 66.9% net change between 2016 and 2017, largely as a result of receiving approximately $4.9 million from several life insurers.  She will also testify that, in her opinion, the Rudolphs were spending more money than they were taking in during the period before Bianca's death.

---

[1] Ms. Newton will also be offering non-expert lay testimony regarding her review of business records obtained during the investigation.

May 31, 2022
Page 19 of 21

b.      *Bases and Reasons for Newton's Opinions*

Ms. Newton's testimony and opinions are based on her education, training, and experience as well as her review of the following materials in this case:

| Description of Materials Reviewed | Bates Numbers |
|---|---|
| Tax Materials | IRS_00000001 – IRS_00002272 |
| Records from TD Ameritrade | AMTRAD_00000001 – AMTRAD_00000567 |
| Records from American Express | AMX_0000001 – AMX00004786 |
| Records from Barclay's Bank | BARC_00000001 – BARC_00003129 |
| Records from BNY Mellon | BNY_00000001 – BNY_00000786 |
| Records from Capital One Bank | CAP1_00000001 – CAP1_00002170 |
| Records from Citizens Bank | CITZ_00000001 – CITZ_00001868 |
| Records from Columbia Title of Florida | CTF_00000001 – CTF_00000843 |
| Records from Dovenmuehle Mortgage, Inc. | DVNML_00000001 – DVNML_00000690 |
| Records from Equifax | EQFX_00000001 – EQFX_00000059 |
| Records from Experian | EXPN_00000001 – EXPN_00000012 |
| Records from Farmer's National Bank | FNB_00000001 – FNB_00000602 |
| Records from Fidelity National Financial | FNT_00000001 – FNT_00001968 |
| Records from the Hartford | HART_00000001 – HART_00000250 |
| Records from Lawyers Title AZ | LAWAZ_00000001 – LAWAZ_00000958 |
| Records from Mortgage Connect, LP | MC_00000001 – MC_00001042 |
| Records from Morgan Stanley Bank | MSB_00000001 – MSB_0001641 |
| Records from Bank of Nevada | NEV_00000001 – NEV_00019253 |
| Records from PNC Bank | PNC_00000001 – PNC_00063,882 |
| Records from Roundpoint Mortgage | RNDPT_00000001 – RNDPT_00000267 |

May 31, 2022
Page 20 of 21

| | |
|---|---|
| Records from Shellpoint Mortgage | SHELL_00000001 – SHEL_00000263 |
| Records from Transunion | TU_00000001 – TU_00000029 |
| Records from US Bank | USB_00000001 – USB_00000192 |
| Records from the Vanguard Group | VANG_00000001 – VANG_00005066 |
| Records from Voya Financial | VOYA_00000001 – VOYA_00000043 |
| Records from Wells Fargo Bank | WFB_00000001 – WFB_00007258 |
| Records from Zions Bancorporation | ZION_00000001 – ZION_00002172 |

Ms. Newton created a spreadsheet of financial transactions during the course of her analysis, which has been provided to you at NEWTON_00000001.

### c.       *Newton's Qualifications*

Ms. Newton's qualifications are set forth in his *curriculum vitae* which was provided at NEWTON_00000002-NEWTON_00000003.  She also describes her qualifications on pages 1 and 2 of her report, which is attached.

## I.       **FARO® CAMERA EXPERT**

(13)    Special Agent Donald Peterson (Federal Bureau of Investigation, Denver Division)

Donald Peterson is a special agent with the FBI who has received advanced training in the use of the FARO Focus M70 laser scanner to document and analyze the scenes of the alleged crimes:  a chalet and adjacent dining hall at Chinyembe Hunting Camp.

### a.       *Summary of Donald Peterson's Expert Testimony and Opinions*

Special Agent Peterson will describe how the FARO Focus 3-D Laser Scanner operates. He will explain that the device uses an infrared laser and camera to measure a crime scene, map it, and render it photographically in three dimensions.  He will then render his opinion that the scanner was operating normally when he used it to map the chalet and dining hall, that the resulting measurements of the chalet are accurate, and that the resulting 3D rendering of the chalet and dining hall fairly and accurately represents them.  The 3D rendering is still being completed and is forthcoming.

May 31, 2022
Page 21 of 21

b.      *Bases and Reasons for Special Agent Peterson's Opinions*

Special Agent Peterson's testimony and opinions are based on his education, training, and experience and his personal observations of the chalet and dining hall.

c.      *Peterson's Qualifications*

Special Agent Peterson's qualifications are set forth in his *curriculum vitae* which is attached.

## CONCLUSION

For all of the witnesses identified above, the summaries provided are intended to satisfy the notice requirements of Fed. R. Crim. P. 16(a)(1)(G) and are not intended to be verbatim recitations of the expected testimony. The government anticipates the proffered expert witnesses will offer additional explanation and amplification to justify their opinions identified herein.

The government reserves the right to supplement this expert witness notice if the government decides to elicit additional expert opinions at trial. Reports designated as forthcoming will be produced to you at or before the expert disclosure deadline of June 15, 2022.

Sincerely,

By:   */s Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By:   *E. Garreth Winstead*
E. Garreth Winstead
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Garreth.Winstead@usdoj.gov
Attorney for the Government

By:   *J. Bishop Grewell*
J. Bishop Grewell
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bishop.Grewell@usdoj.gov
Attorney for the Government