IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 22-cr-000012-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. LAWRENCE RUDOLPH,
2. **LORI MILLIRON,**

       Defendants.

---

**LORI MILLIRON'S TRIAL EXHIBIT LIST**

Defendant Lori Milliron files this her Trial Exhibit List attached hereto.

_/s/ John W. Dill_
John W. Dill, Esquire
Florida Bar Number: 981680
JOHN W. DILL, PA

941 West Morse Blvd.<br>
Suite 100<br>
o(321) 214-4500<br>
c(321) 287-4774<br>
Winter Park, FL 32789<br>
John@JohnWDill.com

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Defendant Lori Milliron's Trial Exhibit List was filed with the Court on Tuesday, July 6, 2022 and sent via Electronic Mail and/or the CM/ECF System upon all registered PACER and CM/ECF users/attorneys in this case.

By: _/s/ John W. Dill_

\

## LORI MILLIRON'S LIST OF PROPOSED TRIAL EXHIBITS

CASE NO.22-CR 00012-   PLAINTIFF'S LIST: ☐    DEFENDANT'S LIST: ☒    THIRD PTY DEFTS. LIST: ☐

CASE CAPTION USA  vs. 1. LAWRENCE RUDOLPH 2. **LORI MILLIRON**  DATE 7-6-22

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| MA | | TRDG Milliron Payroll | X | X | | | | | |
| MB | | SSA Info Milliron | X | X | | | | | |
| MC1-2 | | WhatsApp Messages Between David Markus and Lori Milliron | X | X | | | | | |
| MD | | Denver Correctional Facility Recording Bates INV 16828 | X | | | | | | |
| ME | | Bianca Rudolph SC Deposition (portions TBD) | X | X | | | | | |
| MF | | Summary Chart Emails -Yahoo Data | X | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| MG1-9 | | Milliron Photos LM00000002 LM00000003 LM00000007 LM00000010 LM00000020 LM00000039 LM00000103 LM00000119 | X | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |