# LAWRENCE RUDOLPH'S LIST OF EXHIBITS

CASE NO. 22-CR-00012-WJM   **DEFENDANT'S LIST 1. Lawrence Rudolph**
CASE CAPTION United States v. 1. Lawrence Rudolph and 2. Lori Milliron

| EXHIBIT LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| RA | | Bianca Rudolph & Doug Scandrol Email Chain, 8/2000, LR_00000139-197 | X | | | | | | |
| RB | | Handwritten Letter from Bianca Rudolph to Lawrence Rudolph, 8/2000. LR_00000042-47 | | | | | | | |
| RC | | Letter from Lawrence Rudolph to Gary Gentile, 4/13/1999, LR_00000198-199 | X | | | | | | |
| RD | | Letter from Gary Gentile to Lawrence Rudolph, 4/29/1999, LR_000001200 | X | | | | | | |
| RE | | Letter from Gary Gentile to Lawrence Rudolph, 5/25/1999, LR_00000201 | X | | | | | | |
| RF | | Letter from Gary Gentile to Lawrence Rudolph, 8/27/1999, LR_00000202-205 | X | | | | | | |
| RG | | Letter from Gary Gentile to Lawrence Rudolph, 9/27/1999, LR_00000206-207 | X | | | | | | |
| RH | | Letter from Gary Gentile to Lawrence Rudolph, 10/19/1999, LR_00000208 | X | | | | | | |
| RI | | Letter from Gary Gentile to Lawrence Rudolph, 10/27/1999, LR_00000209 | X | | | | | | |
| RJ | | Letter from Lawrence Rudolph to Gary Gentile, LR_00000210 | X | | | | | | |
| RK | | Post-Autopsy Photographs marked by Dr. Maswahu INV_PT_00000034, INV_PT_00000030 | X | X | | | | | |
| RL | | Letter from Gary Gentile to Michael Stewart, 8/16/2000, LR_00000212 | X | | | | | | |
| RM | | Letter from Gary Gentile to Lawrence Rudolph, 8/17/2000, LR_00000213-215 | X | | | | | | |

## LAWRENCE RUDOLPH'S LIST OF EXHIBITS

CASE NO. 22-CR-00012-WJM  **DEFENDANT'S LIST 1. Lawrence Rudolph**
CASE CAPTION United States v. 1. Lawrence Rudolph and 2. Lori Milliron

| EXHIBIT LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| RN | | Letter from Gary Gentile to Richard Brabender, 8/22/2000, LR_00000216 | X | | | | | | |
| RO | | Letter from Gary Gentile to James Beck, 8/22/2000, LR_00000217 | X | | | | | | |
| RP | | Letter from Gary Gentile to Michael Stewart, 8/22/2000, LR_00000218 | X | | | | | | |
| RQ | | Letter from Gary Gentile to Michael Stewart, 9/14/2000, LR_00000219 | X | | | | | | |
| RR | | Letter from Gary Gentile to Lawrence Rudolph, 9/19/2000, LR_00000220-222 | X | | | | | | |
| RS | | Letter from Lawrence Rudolph to Gary Gentile, 8/15/2001, LR_00000223 | X | | | | | | |
| RT | | Letter from Gary Gentile to Lawrence Rudolph, 8/16/2001, LR_00000055 | X | | | | | | |
| RU | | Lawrence Rudolph Billing Slips, Goldberg, Gruener, Gentile Horoho & Avalli, P.C, 2000, LR_000000117-118 | X | X | | | | | |
| RV | | Certification of Business Records, Gentile Horoho & Avalli, P.C., Two Originals of Postnuptial Agreement, 8/25/2000, 62 pages | X | | | | | | |
| RW | | Postnuptial Agreement, 8/25/2000 (without addendum), LR_00000087-116 | X | X | | | | | |
| RX | | Postnuptial Agreement, 8/25/2000 (with addendum), LR_00000056-86 | X | X | | | | | |
| RY | | Letter from Susan Donohue, Great West Life Insurance, to Lawrence Rudolph, 9/21/2004, LR_00000224-225 | X | X | | | | | |

**LAWRENCE RUDOLPH'S LIST OF EXHIBITS**

CASE NO. 22-CR-00012-WJM  **DEFENDANT'S LIST 1. Lawrence Rudolph**
CASE CAPTION United States v. 1. Lawrence Rudolph and 2. Lori Milliron

| EXHIBIT LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| RZ | | Letter from William Gorman, Luttner Financial Group, to Bianca Rudolph, 2/25/2016, LR_00000226 | X | X | | | | | |
| RA1 | | Letter from Lawrence Rudolph to William Gorman, Luttner Financial Group, 11/01/2016, LR_00000227 | X | X | | | | | |
| RA2 | | Letter from Liz Devich, Luttner Financial Group, to Lawrence Rudolph, 11/3/2016, LR_00000228 | X | X | | | | | |
| RA3 | | Will of Bianca T. Rudolph, 4/25/2016, DEF_00000001-9 | X | X | | | | | |
| RA4 | | Email from Jaime Gonzalez, Conventional Church of Our Lady of Angels, to Lawrence Rudolph, 10/20/2016 LR_00000053-54 | X | X | | | | | |
| RA5 | | Funeral Poem from Lawrence Rudolph to AnaBianca Rudolph, LR_00000229-230 | X | X | | | | | |
| RA6 | | Prayer Card from Bianca Rudolph's Funeral, LR_00000231 | X | X | | | | | |
| RA7 | | Composite Photos of Bianca Rudolph's Welcome Gifts, LR_00000232-233 | X | X | | | | | |
| RA8 | | Composite Photos of Bianca Rudolph's Funeral Gathering, LR_00000234-239 | X | X | | | | | |
| RA9 | | Composite Photos of Lawrence & Bianca Rudolph in Chinyembe Camp INV_00000409, INV_00000417, INV_00000462, LR_00000240 | X | X | | | | | |
| RA10 | | Department of State Activity Log, INV_00000603-605 | X | | | | | | |

**LAWRENCE RUDOLPH'S LIST OF EXHIBITS**

CASE NO. 22-CR-00012-WJM                                         **DEFENDANT'S LIST 1. Lawrence Rudolph**
CASE CAPTION United States v. 1. Lawrence Rudolph and 2. Lori Milliron

| EXHIBIT LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| RA11 | | Email Chain, Westhassel to Krafft, Branson and others, INV_00000617-620 | X | | | | | | |
| RA12 | | Email Chain, Westhassel to Krafft, Kazmar and others, INV_00000624-627 | X | | | | | | |
| RA13 | | Email Chain, Westhassell to Kazmar and others, INV_00000640-642 | X | | | | | | |
| RA14 | | Diligence Website, https://digroup-us.com | X | | | | | | |
| RA15 | | Report from Diligence International Group, DLG_00000221-225 | X | X | | | | | |
| RA16 | | Report from Diligence International Group, DLG_00000387-423 | X | X | | | | | |
| RA17 | | Report from Diligence International Group, DLG_00000644-654 | X | X | | | | | |
| RA18 | | Report from Diligence International Group, DLG_00000685-689 | X | X | | | | | |
| RA19 | | Bianca Rudolph's Redacted Deposition Transcript *Rudolph v. Safari Club International*, 07/22/2016, INV_00014384-14435 | X | X | | | | | |
| RA20 | | Photographs from Charles DeFrance, Range Setup, 12/3/2020 | X | X | | | | | |
| RA21 | | Photographs from Charles DeFrance testing on 12/3/2020 | X | X | | | | | |
| RA22 | | Photographs from Charles DeFrance testing on 7/14/2021 | X | X | | | | | |
| RA23 | | Ammunition Photos | X | X | | | | | |
| RA24 | | Lucien Haag Photographs, Soft Gun Case | X | X | | | | | |

**LAWRENCE RUDOLPH'S LIST OF EXHIBITS**

CASE NO. 22-CR-00012-WJM                                                            **DEFENDANT'S LIST 1. Lawrence Rudolph**
CASE CAPTION United States v. 1. Lawrence Rudolph and 2. Lori Milliron

| EXHIBIT LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| RA25 | | Lucien Haag Photographs, Interior of Soft Gun Case | X | X | | | | | |
| RA26 | | Lucien Haag Photographs, Testing | X | X | | | | | |
| RA27 | | Lucien Haag Photographs, Shotgun in case | X | X | | | | | |
| RA28 | | Charles DeFrance Sketch Worksheet, December 2020, INV_00000921-930 | X | X | | | | | |
| RA29 | | Browning Shotgun Receipt, INV_00000141 | X | X | | | | | |
| RA30 | | Curriculum Vitae of Rick Vasquez | | | | | | | |
| RA31 | | Curriculum Vitae of Michael M. Baden, M.D. | | | | | | | |
| RA32 | | Curriculum Vitae of T. Paulette Sutton, M.S., M.T., (A.S.C.P.), C.L.S. | | | | | | | |
| RA33 | | Curriculum Vitae of Mitchell S. Hoffman, CPA/ABC | | | | | | | |
| RA34 | | Curriculum Vitae of Dianne C. Flores | | | | | | | |
| RA35 | | Curriculum Vitae of Lucien C. Haag | | | | | | | |
| RA36 | | Lucien Haag Photographs, Interior of Soft Gun Case, Other Defects | X | X | | | | | |
| RA37 | | Bianca Rudolph Health Care & Mental Health Power of Attorney | X | X | | | | | |
| RA38 | | Email from Bianca Rudolph to her children, 10/3/13 | X | | | | | | |
| RA39 | | Charles DeFrance Sketch Worksheet, June 15, 2022, Sketches | X | X | | | | | |