IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,

    Defendants.

_____/

## NOTICE OF FILING
## LAWRENCE RUDOLPH'S AMENDED WITNESS LIST

    Lawrence Rudolph respectfully submits his Amended Final list of witnesses.

Additional witnesses have been marked as "cross-designated" within the Government's

Amended Final witness list.

    Respectfully submitted,

    **MARKUS/MOSS PLLC**
    40 N.W. Third Street
    Penthouse One
    Miami, Florida 33128
    Tel: (305) 379-6667
    Fax: (305) 379-6668
    markuslaw.com

    By:    <u>/s/ David Oscar Markus</u>
            David Oscar Markus
            Florida Bar Number 119318
            dmarkus@markuslaw.com

            <u>/s/ A. Margot Moss</u>
            A. Margot Moss
            Florida Bar Number 091870
            mmoss@markuslaw.com