IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH** and
2. LORI MILLIRON,

    Defendants.

---

**GOVERNMENT'S MOTION FOR LEAVE TO RESPOND TO DEFENDANT
LAWRENCE RUDOLPH'S MOTION FOR ORDER [ECF NO. 207]**

---

    The defendant filed a written motion for an order that would, if granted, suppress almost half of the evidence (once shared time for attorney statements, jury-selection, and cross-designated witnesses are taken into account) the government has spent months preparing to present to a jury. The government respectfully requests leave to file a short, written response to that motion before the close of business today, for the court's consideration before it takes up the matter on Monday.

                        Respectfully submitted,

                        COLE FINEGAN
                        United States Attorney

| By: /s *Bryan Fields* | By: /s *E. Garreth Winstead* | By: /s *J. Bishop Grewell* |
|---|---|---|
| Bryan Fields | E. Garreth Winstead | J. Bishop Grewell |
| Assistant United States Attorney | Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 | (303) 454-0100 |

| | | |
|---|---|---|
| Bryan.Fields3@usdoj.gov | Garreth.Winstead@usdoj.gov | Bishop.Grewell@usdoj.gov |
| Attorney for the Government | Attorney for the Government | Attorney for the Government |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 8th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                *s/ Bryan Fields*
                United States Attorney's Office