IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-000012

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    LAWRENCE RUDOLPH and
2.    LORI MILLIRON,

      Defendants.

---

**STIPULATION REGARDING STATUS OF CERTAIN INDIVIDUALS AS NATIONALS OF THE UNITED STATES**

---

The United States of America and the Defendant Lawrence Rudolph hereby agree and stipulate that:

1. Lawrence Rudolph was, at all times relevant to the charge of foreign murder in Count One of the Superseding Indictment, a "national of the United States" as required by 18 U.S.C. § 1119.

2. Bianca Rudolph was, at all times relevant to the charge of foreign murder in Count One of the Superseding Indictment, a "national of the United States" as required by 18 U.S.C. § 1119.

As a result of this stipulation, the jury can, but is not required, to conclude that those elements of the charge in Count One have been proven beyond a reasonable doubt.

_____
David Oscar Markus
Counsel for Lawrence Rudolph

_____
Bryan Fields
Assistant United States Attorney
Counsel for Plaintiff

_____
Margot Moss
Counsel for Lawrence Rudolph

_____
E. Garreth Winstead
Assistant United States Attorney
Counsel for Plaintiff

_____
Lauren Doyle
Counsel for Lawrence Rudolph

_____
J. Bishop Grewell
Assistant United States Attorney
Counsel for Plaintiff

_____
Lawrence Rudolph
Defendant