IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE RUDOLPH and
LORI MILLIRON

    Defendants.

---

**GOVERNMENT'S SECOND AMENDED LIST OF PROPOSED WITNESSES**

---

As directed by the Court, the government hereby submits a second amended witness list. This one reflects disruptions caused by a flight cancellation. It also reflects the unavailability of Roston Yeyenga. The list provides revised estimates of when witnesses are likely to testify. Flight schedules continue to be a source of difficulty, but the government is working diligently to build in buffer days and other redundancies to ensure, to the greatest extent possible, a smooth trial. The government will continue to provide updates of unanticipated schedule changes.

                COLE FINEGAN
                United States Attorney

| By: /s Bryan Fields | By: /s E. Garreth Winstead | By: /s J. Bishop Grewell |
|---|---|---|
| Bryan Fields | E. Garreth Winstead | J. Bishop Grewell |
| Assistant United States Attorney | Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Garreth.Winstead@usdoj.gov | Bishop.Grewell@usdoj.gov |
| Attorney for the Government | Attorney for the Government | Attorney for the Government |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

                                                By:    */s Bryan Fields*
                                                                Bryan Fields
                                                                 Assistant United States Attorney
                                                                U.S. Attorney's Office
                                                                1801 California St. Suite 1600
                                                                Denver, CO 80202
                                                                (303) 454-0100
                                                                Bryan.Fields3@usdoj.gov
                                                                Attorney for the Government