IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: July 12, 2022
Deputy Clerk: Heidi L. Guerra
Court Reporter: Mary George
Law Clerk: Susan Jacoby and Cooper Alison-Mayne

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | Lauren I. Doyle |
| | John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 2**

**8:47 a.m.**     **Court in session.**

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Renato Stabile, Juliana Manrique, Rhasaan Orange, and Dan Reyes are present in the courtroom. AUSA Bryan Fields is present via telephone.

Discussion outside the presence of the jury panel.

Juror excused for hardship:

1. 100462252

**8:57 a.m.**         **Court in recess.**
**9:11 a.m.**         **Court in session.**

**Jury Selection Continued**

Jury panel is present.

Voir dire of prospective jurors by the Court.

Jurors excused for cause:

1. 100462554
2. 100443450

**10:17 a.m.**     **Court in recess.**
**10:44 a.m.**     **Court in session.**

Discussion outside the presence of the jury panel.

Juror excused for cause:

1. 100444833

**10:50 a.m.** Jury panel is present.

Voir dire by the government.

Voir dire by the defense for Defendant Rudolph.

**12:26 p.m.**     **Court in recess.**
**1:34 p.m.**      **Court in session.** Jury panel is present.

Voir dire by the defense for Defendant Milliron.

Challenges for cause:

1. 100459534
2. 100459432
3. 100440309
4. 100437157
5. 100469640

Juror excused for hardship:

1. 100469945

**3:12 p.m.**      **Court in recess.**
**3:34 p.m.**      **Court in session.**

Voir dire by the government.

Voir dire by the defense for Defendant Rudolph.

Voir dire by the defense for Defendant Milliron.

The parties exercise their peremptory challenges.

Plaintiff's challenges:

1. 100466293
2. 100437523
3. 100463001
4. 100446958
5. 100448116
6. 100428743

Defendants' challenges:

1. 100423593
2. 100425856
3. 100451309
4. 100439792
5. 100452081
6. 100457428
7. 100454548
8. 100431374
9. 100453368
10. 100472785

Jurors sworn to try case:

1. 100432924
2. 100464346
3. 100451651
4. 100451066
5. 100445530
6. 100433445
7. 100436931
8. 100462862
9. 100467890
10. 100460519
11. 100468567
12. 100452365
13. 100438751
14. 100439223

12 jurors and 2 alternates seated and sworn.

The Court reviews the Code of Conduct with the members of the jury.

**4:55 p.m.** Jury released, to return at 8:35 a.m. on Wednesday, July 13, 2022.

**4:55 p.m. Court in recess. Trial continued.**

Total time in court: 5 hours 57 minutes