# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00012-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAWRENCE RUDOLPH and
LORI MILLIRON

      Defendants.

---

## GOVERNMENT'S PROPOSED JURY INSTRUCTION

---

During cross-examination of Cassandra Olmstead, the defense elicited testimony that Ms. Olmstead hopes that defendant Rudolph gets the death penalty. The government thinks that an instruction that the jury is not to consider punishment in deciding its verdict is appropriate in light of the charges here and the nature of that comment.

Respectfully submitted this 28th day of July, 2022.

                                                                COLE FINEGAN
                                                                United States Attorney

| By: /s Bryan Fields | By: /s E. Garreth Winstead | By: /s J. Bishop Grewell |
|---|---|---|
| Bryan Fields | E. Garreth Winstead | J. Bishop Grewell |
| Assistant United States Attorney | Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Garreth.Winstead@usdoj.gov | Bishop.Grewell@usdoj.gov |
| Attorney for the Government | Attorney for the Government | Attorney for the Government |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

By:    /s Bryan Fields
       Bryan Fields
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St. Suite 1600
       Denver, CO 80202
       (303) 454-0100
       Bryan.Fields3@usdoj.gov
       Attorney for the Government

**GOVERNMENT'S REQUESTED INSTRUCTION NO. 5:**
**DO NOT CONSIDER PUNISHMENT**

If you find the defendant guilty, it will then be my duty to decide what punishment should be imposed. In considering the evidence and arguments that have been given during the trial, you should not guess or speculate about the punishment. It should not enter into your consideration or discussions at any time.

**Authority**

*United States v. Garrett,* 757 F.3d 560, 571 (7th Cir. 2014); *Shannon v. United States*, 512 U.S. 573, 579 (1994); *Gretter v. United States*, 422 F.2d 315, 319 (10th Cir. 1970).