IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                July 29, 2022
Deputy Clerk:        Heidi L. Guerra
Court Reporter:      Mary George
Law Clerk:           Susan Jacoby and Cooper Alison-Mayne

---

| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | Lauren I. Doyle |
| | John W. Dill |
| Defendants. | |

---

### COURTROOM MINUTES

---

**Jury Trial, Day 14**

**8:50 a.m.     Court in session.**  Jury present.

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott
Dahlstrom, FBI Task Force Officer Shawna Gilbert, Ilmira Allzova, Rhasaan Orange,
and Dan Reyes are present in the courtroom.

**ORDERED:**  Lunches are to be provided to the jury beginning July 29, 2022 and for the
duration of deliberation.

8:56 a.m. Government's opening closing argument by Mr. Winstead.

9:57 a.m. Defendant Rudolph's closing arguments by Mr. Markus.

**10:58 a.m.     Court in recess.**
**11:17 a.m.     Court in session.** Jury present.

11:18 a.m. Defendant Milliron's closing arguments by Mr. Dill.

11:56 a.m. Government's closing rebuttal argument by Mr. Fields.

12:36 p.m. Court Security Officer placed under oath by Courtroom Deputy.

12:36 p.m. Jury is escorted to the jury deliberation room by the bailiff to begin deliberations.

Counsel is to stay within 10 minutes of the courthouse.

**12:39 p.m.    Court in recess.**

**5:00 p.m.** Jury released to return at 8:35 a.m. on Monday, August 1, 2022.

**5:00 p.m. Trial continued.**

Total time in court: 3 hours 30 minutes