IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.**    **LAWRENCE RUDOLPH**,
2.    LORI MILLIRON,

      Defendants.

_____/

**MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO GOVERNMENT'S SUPPLEMENTAL FILING ON
THE  MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

On April 20, 2023, this Court ordered the Government to file a "step-by-step"
supplement to its Motions regarding forfeiture and restitution by April 25, 2023. Doc.
345. It also ordered Defendant Rudolph to "file a response to the Supplement which
informs the Court whether he disagrees with any part of the Government's filing and,
to the extent he does disagree, to specify in detail what other or different procedure is
required by rule or case law."

Undersigned counsel, however, is currently in a multi-week, multi-defendant,
out-of-town public corruption trial. *United States v. Andrew Gillum*, et al, 22-cr-27-AW
(N.D. Fla.).  We are starting week two of trial and it is unlikely that it will conclude
this week. Accordingly, Lawrence Rudolph respectfully requests an extension until

May 8, 2023, to file his Response.

Wherefore, we are respectfully requesting an extension so that we can review and respond to the Government's supplement after we conclude the instant trial.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:    /s/ David Oscar Markus
       David Oscar Markus
       Florida Bar Number 119318
       dmarkus@markuslaw.com

       /s/ A. Margot Moss
       A. Margot Moss
       Florida Bar Number 091870
       mmoss@markuslaw.com

       /s/ Lauren I. Doyle
       Lauren I. Doyle
       Florida Bar Number 117687
       ldoyle@markuslaw.com