IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**    **LAWRENCE RUDOLPH**,
2.    LORI MILLIRON,

    Defendants.

_____/

### RESPONSE TO GOVERNMENT'S SUPPLEMENTAL FILING ON THE MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to the Court's Order, Doc. 348, we file this response to the Government's Supplement. We do not disagree with the Government's procedural discussion about the steps the Court should take in moving forward on restitution and forfeiture. However, the Government smuggled into its brief numerous substantive arguments, which was improper.

For example, regarding restitution, the Government argued that it "believes there is no dispute as to the identity of the seven insurance company victims or the amount of loss suffered by each victim." Gov't Supp. at 2. That is incorrect as some of the insurance companies have stated that they are not victims and have not requested any amount of restitution. Others have not responded to requests by the probation office to state whether they are victims and how much is owed. So while the Government is correct as to the procedure – that restitution should be handled at

sentencing and there is nothing to do now – the Court should ignore the arguments about how much restitution is owed until the sentencing hearing when those issues can be heard.

As for forfeiture, the Government is correct that the final hearing can occur at sentencing. Gov't Supp. at 7. And the Government is correct that we have already filed objections. The Government is wrong to suggest, without any citation, that a further pleading is necessary to point out the flaws in the Government's tracing analysis. The Government has the burden and will have to demonstrate the elements of forfeiture at the contested hearing, which it acknowledges.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:    /s/ David Oscar Markus
       David Oscar Markus
       Florida Bar Number 119318
       dmarkus@markuslaw.com

       /s/ A. Margot Moss
       A. Margot Moss
       Florida Bar Number 091870
       mmoss@markuslaw.com

       /s/ Lauren I. Doyle
       Lauren I. Doyle
       Florida Bar Number 117687
       ldoyle@markuslaw.com