FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

May 18, 2023

Christopher M. Wolpert
Clerk of Court

_____

In re: JULIAN RUDOLPH; ANABIANCA RUDOLPH; THE ESTATE OF BIANCA RUDOLPH,

          Petitioners.

No. 23-1162
(D.C. No. 1:22-CR-00012-WJM-1)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court on a petition for writ of mandamus filed pursuant to 18 U.S.C. § 3771(d)(3). That statute requires the court to "take up and decide such application forthwith within 72 hours after the petition has been filed, unless the litigants, with the approval of the court, have stipulated to a different time period for consideration." 18 U.S.C. § 3771(d)(3). Petitioners represent in the mandamus petition that they have stipulated with the government to "a period of seven (7) days for consideration by this Court." Pet. at 9. The court approves the stipulated seven-day decision timeline.

Further, the court requires a response to the petition for writ of mandamus. The government must respond to the mandamus petition by 8:00 a.m. (MDT) on Monday, May 22, 2023. The district court may respond on the same timeline if it so chooses.

The court's CM/ECF filing system will be down over the weekend but is scheduled to be up and operational by Monday morning. But out of an abundance of caution, the government is directed to file its response in the CM/ECF system by

8:00 a.m. (MDT) Monday morning **and also** to submit it via email to: Clerk@ca10.uscourts.gov. If the government wishes to file its response before Monday morning, it should do so by emailing the response to this email address.

                                          Entered for the Court

                                          CHRISTOPHER M. WOLPERT, Clerk