IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**, and
2. LORI MILLIRON,

    Defendants.

___

### SECOND NOTICE OF PRELIMINARY ORDER OF FORFEITURE
___

NOTICE IS HEREBY GIVEN that on May 17, 2023, in the above-captioned case, the United States District Court for the District of Colorado entered a Preliminary Order of Forfeiture as to defendant Lawrence Rudolph, forfeiting the defendant's interest in the following property to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2:

    a.    Real Property located at 7000 N. 39th Place, Paradise Valley, Arizona; Upon the Court's Order of forfeiture, the United States will sell the property, and after fees and expenses, will forfeit 58.74% of the proceeds;

    b.    Real Property located at 103 Morningside Drive, Cranberry Township, Pennsylvania; Upon the Court's Order of forfeiture, the United States will sell the property, and after fees and expenses, will forfeit 50.55% of the proceeds;

1

  c. All funds seized from Bank of New York Mellon account #10532701000, in the name of Lawrence P. Rudolph Trust; Upon the Court's Order of forfeiture, the United States will take full title and ownership of all funds seized from Bank of New York Mellon account #10532701000;

  d. All funds up to $751,776.28 in United States currency seized from Vanguard account #0540-88150069515, in the name of Lawrence P. Rudolph and Bianca T. Rudolph TR-Rudolph Trust; Upon the Court's Order of forfeiture, the United States will take full title and ownership of the $751,776.28 in United States currency seized from Vanguard account #0540-88150069515;

  e. All funds up to $527,736.24 held in Vanguard account #0585-88150069515, in the name of Lawrence P. Rudolph and Bianca T. Rudolph TR-Rudolph Trust; Upon the Court's Order of forfeiture, the United States will take full title and ownership of tall funds seized from Vanguard account #5085-88150069515;

  f. 2018 Aston Martin DB-11, VIN SCFRMFAV5JGL03309; Upon the Court's Order of forfeiture, the United States will sell the vehicle, and after fees and expenses, distribute the remaining proceeds based on the percentage of tainted funds used to purchase the vehicle to the United States and the percentage of untainted funds to the appropriate person/representative; and

  g. 2017 Bentley Bentayga, VIN SJAAC2ZV2HC014709; Upon the

Court's Order of forfeiture, the United States will sell the vehicle, and after fees and expenses, distribute the remaining proceeds based on the percentage of tainted funds used to purchase the vehicle to the United States and the percentage of untainted funds to the appropriate person/representative.

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of this property as provided by law.

Pursuant to 21 U.S.C. § 853(n), any person claiming a legal right, title, or interest in any of the property described above must petition the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294, for a hearing to adjudicate the validity of the alleged legal interest in this property. The petition must be filed within thirty (30) days of the receipt of this notice or thirty (30) days of the last publication of this notice, whichever is earlier. If a hearing is requested, it shall be held before the Court alone, without a jury.

The petition must be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and the time and circumstances of the petitioner's acquisition of the right, title, or interest in each property and any additional facts supporting the petitioner's claim and the relief sought. 21 U.S.C. § 853(n)(3).

A copy of the petition should be served on Assistant United States Attorney Kurt J. Bohn, United States Attorney's Office, 1801 California Street, Suite 1600, Denver, Colorado 80202.

Pursuant to 21 U.S.C. § 853(n)(2), NEITHER A DEFENDANT IN THE ABOVE-

3

STYLED CASE NOR HIS/HER AGENT IS ENTITLED TO FILE A PETITION.

ANY HEARING on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendant named above.

YOU HAVE THE RIGHT at the hearing to testify and present evidence and witnesses on your own behalf and cross-examine witnesses who appear at the hearing. The United States may present evidence and witnesses in rebuttal and in defense of its claim to the property and cross-examine witnesses who appear at the hearing. In addition to testimony and evidence presented at the hearing, the Court shall consider the relevant portions of the record of the criminal cases which resulted in the Preliminary Order of Forfeiture.

If, after the hearing, the Court determines that the petitioner has established by a preponderance of the evidence that: (a) the petitioner has a legal right, title, or interest in the property, and such right, title, or interest renders the Preliminary Order of Forfeiture invalid in whole or in part because the right, title, or interest was vested in the petitioner rather than the defendant or was superior to any right, title, or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the property; or (b) the petitioner is a bona fide purchaser for value of the right, title, or interest in the property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture; the Court shall amend the Preliminary Order of Forfeiture in accordance with its determination. 21 U.S.C. § 853(n)(6).

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE, OR

INTEREST IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT, TITLE, AND INTEREST IN THIS PROPERTY SHALL BE LOST AND THE PROPERTY FORFEITED TO THE UNITED STATES OF AMERICA.

DATED this 13th day of July 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:   s/ *Kurt J. Bohn*
Kurt J. Bohn
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Kurt.Bohn@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of July 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record, and mailed same via regular and certified mail to:

Eddie Jauregui
Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
*Attorney for Claimant BNY Mellon, N.A.*
**Cert #7021 0350 0002 0600 1225**

John R. O'Keefe, Jr.
Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield Street
Suite 800
Pittsburgh, Pennsylvania 15222
*Attorney for Claimant The Farmers National Bank of Emlenton*
**Cert #7021 0350 0002 0600 1218**

                                        s/ *Charisha Cruz*
                                        Paralegal Specialist
                                        Office of the U.S. Attorney