# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

Plaintiff,

v.   CRIMINAL CASE NO. 1:22-CR-0012-WJM-1

1. LAWRENCE RUDOLPH, and
2. LORI MILLIRON,

Defendants.

## NOTICE OF APPEARANCE FOR PETITIONER

Please take notice that Eddie A. Jauregui hereby appears as counsel for Petitioner BNY Mellon, N.A.. I hereby certify that counsel listed is a member in good standing of the bar of this Court.

DATED: July 17, 2023.

Respectfully submitted,

**HOLLAND & KNIGHT, LLP**

By: */s/ Eddie A. Jauregui*
Eddie A. Jauregui
400 South Hope Street 8th Floor
Los Angeles, CA 900711
Phone: (213) 896-2455
Email: eddie.jauregui@hklaw.com

*Attorneys for Petitioner BNY Mellon, N.A.*

## CERTIFICATE OF SERVICE

    I hereby certify on this 17th day of July 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE FOR PETITIONER** was filed electronically with the Clerk of Court via the CM/ECF, which will send electronic notice to all parties of record.

                                         */s/ Eddie A. Jauregui*
                                         Eddie A. Jauregui