IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH** and
2. LORI MILLIRON,

    Defendants.

## UNITED STATES' MOTION TO ENLARGE PAGE LIMIT

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and hereby submits this Motion to Enlarge Page Limit to respond to the Verified Petition for Adjudication of Interests in Property Ordered Forfeited (Docket # 367).

    1.   The Court's practice standards permit a fifteen-pages for all other motions.   WJM Practice Standards III.C.1.

    2.   The United States Motion to Dismiss the Verified Petition for Adjudication of Interests in Property Ordered Forfeited (Docket # 367) addresses several legal positions that require additional pages to present them to the Court.

    3.   The United States is requesting allowance to file the Motion to Dismiss up to thirty-five-pages.   The legal issues related to the Petition are varied and a

1

thorough response will facilitate the efficient resolution of the verified petition and therefore ultimately conserve judicial resources.

4. The United States has consulted with counsel for the Petitioners, and they have no objection to the United States' request to enlarge the page limit.

THEREFORE, the United States respectfully requests the Court enter and order allowing the United States to file its Motion to Dismiss up to 35-pages.

DATED this 26th day of July 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney


By: /s Kurt J. Bohn
Kurt J. Bohn
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Kurt.Bohn@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 26th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                                      *s/ Charisha Cruz*
                                      Paralegal Specialist
                                      United States Attorney's Office