IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH** and
2. LORI MILLIRON,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO VERIFIED PETITION OF BANK OF NEW YORK MELLON FOR ANILLARY HEARING TO DETERMINE THIRD-PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE**

---

    COMES NOW the United States of America, by and through the United States Attorney for the District of Colorado, moves this Court for an order extending the time the United States has to file objections to the Verified Petition of Bank of New York Mellon for Ancillary Hearing to Determine Third-Party Interest in Property Subject to Forfeiture ("Petition") (Docket #386). As grounds therefore, the United States state as follows:

    1.    On July 17, 2023, Bank of New York Mellon, N.A. ("Petitioner") filed a Petition asking the Court to hold an ancillary hearing to determine any interest in the property the subject of the Court's Preliminary Order of Forfeiture (Docket #386).

1

2. On July 18, 2023, this Court entered an Order directing the United States to file its response to the Petition by August 8, 2023. (Docket #388).

3. Petitioners allege several bases in support of their claim that they hold a superior ownership interest in the property. The Petition also makes a claim for a significant amount of attorney fees. As these claims are so different, the amount of time necessary to research and evaluate the United States' response is longer than expected.

4. The United States has requested documents from older cases to be obtained from the National Archives Center and it is taking longer than originally planned. Additionally, counsel for the United States has been preparing for the sentencing hearing of Defendant Rudolph and responding to another Petition in this matter and has been unable to properly consider the issues raised in this Petition.

5. An extension of two weeks, until August 22, 2023, will allow the United States sufficient time to evaluate and prepare an appropriate response to the Petition. By narrowing the issues and briefings it will allow the parties and Court to more efficiently address them.

6. Counsel for the United States has conferred with opposing counsel regarding this matter, and they do not oppose the extension of time to file its response to the Petition.

WHEREFORE, the United States respectfully requests the Court enter an order allowing the United States until August 22, 2023, to file its response to the Petition.

DATED this 2nd day of August 2023.

                                    Respectfully submitted,

                                    COLE FINEGAN
                                    United States Attorney

                                    By: */s Kurt J. Bohn*
                                    Kurt J. Bohn
                                    Assistant United States Attorney
                                    U.S. Attorney's Office
                                    1801 California St. Suite 1600
                                    Denver, CO 80202
                                    (303) 454-0100
                                    Kurt.Bohn@usdoj.gov
                                    Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                                    *s/ Charisha Cruz*
                                    Paralegal Specialist
                                    United States Attorney's Office