# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 22-cr-00012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LAWRENCE RUDOLPH and
2. LORI MILLIRON,

    Defendants.

_____

## ENTRY OF APPEARANCE
_____

To: The Clerk of Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this  15th  day of August, 2023.

    COLE FINEGAN
    United States Attorney

    s/William B. Gillespie
    **William B. Gillespie**
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: 303-454-0100
    E-mail:  William.Gillespie@usdoj.gov
    Counsel for United States

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                             <u>s/ Sarah Leffler</u>
                                             U.S. Attorney's Office