IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **LAWRENCE RUDOLPH** and
2. **LORI MILLIRON,**

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE UNITED STATES' MOTION TO DISMISS PETITIONERS' VERIFIED PETITION FOR ADJUDICATION OF INTERESTS IN PROPERTY ORDERED FORFEITED**

---

Petitioners Julian and AnaBianca Rudolph (hereinafter collectively "Petitioners"), by and through their undersigned counsel, hereby move this Court for an order extending the time in which they must submit a response to the Government's Motion to Dismiss the Verified Petition for Adjudication of Interests in Property Ordered Forfeited, as follows:

1. On June 16, 2023, Petitioners filed their Verified Petition for Adjudication of Interests in Property Ordered Forfeited (the "Verified Petition") and accompanying memorandum in support. (ECF Dkt. #367-368). The Verified Petition was submitted in connection with the ongoing criminal proceedings, including those involving sentencing and the potential forfeiture of particular assets previously identified by the United States, that directly involve their father, Defendant Lawrence Rudolph. (*See id.*)

2.　　On July 28, 2023, the United States filed a motion to dismiss the Verified Petition. (ECF Dkt. #396). The United States principally has argued that Petitioners do not have standing as claimants with a cognizable third-party interest in the property subject to forfeiture. (*Id.*)

3.　　On July 31, 2023, the Court entered an order directing Petitioners to file a response to the United States' motion to dismiss by August 21, 2023. (ECF Dkt. #397).

4.　　Petitioners have been diligently working on the response to the motion to dismiss but it raises complicated issues of state law, involving the creation of constructive trusts, that could impact the United States' right to forfeit the property at issue.

5.　　In addition, Petitioners and their counsel have been preparing for the sentencing hearing of their father, which is set to take place on August 21, 2023 – the same day the response to the United States' motion to dismiss would also be due. Further, there are issues that may be raised during Defendant Lawrence Rudolph's August 21, 2023, sentencing hearing that could be relevant to Petitioners' response to the motion to dismiss.

6.　　An extension until September 8, 2023, will give Petitioners sufficient time to address all of the issues raised in the United States' motion to dismiss and allow this matter to proceed in an efficient manner before the Court.

7.　　Counsel for Petitioners has conferred with a representative of the United States Attorney's Office for the District of Colorado and he indicated the United States does not oppose this request for an extension of time to file a response to the motion to dismiss.

WHEREFORE, Petitioners respectfully request that the Court enter an order to allow Petitioners to file their response to the United States' motion to dismiss the Verified Petition on or before September 8, 2023.

Dated: August 16, 2023

PETITIONERS' COUNSEL

/s/ *Christopher P. Hotaling*
Christopher P. Hotaling (IL Bar #6272432)
NIXON PEABODY LLP
70 West Madison, Suite 5200
Chicago, IL 60602-4378
Tel:   312.977.4418
Fax:   833.968.0535

/s/ *John R. Sandweg*
John R. Sandweg (DC Bar #1027208)
NIXON PEABODY LLP
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel:   202.585.8189
Fax:   877.743.5914

*Attorneys for Petitioners*
*Julian and AnaBianca*
*Rudolph*
