**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.  22-cr-00012-WJM          PLAINTIFF'S LIST: ☐     DEFENDANT'S LIST: ☒     THIRD PTY DEFTS. LIST: ☐

CASE CAPTION  U.S. v. Rudolph, et al.     DATE  Aug. 18, 2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| Ex. No. | Witness | Descr. | Authen. | Stip. | Offer | Rec'd | Comments/Info |
|---|---|---|---|---|---|---|---|
| A | | Ameritas Oct. 12, 2022 Letter DE 330-3 | | | | | |
| B | | Ameritas Assignment and Release Agreement | | | | | |
| C | | Fidelity Assignment and Release Agreement | | | | | |
| D | | Genworth Nov. 9, 2022 Letter | | | | | |
| E | | Great West Assignment Agreement | | | | | |
| F | | *Blank for now* | | | | | |
| G | | *Blank for now* | | | | | |
| H | Tyson Polski | BNYM $2.5 million Note on 7000 N. 39th Place, Paradise Valley, AZ  85253 | | | | | |

| Ex. No. | Witness | Descr. | Authen. | Stip. | Offer | Rec'd | Comments/Info |
|---|---|---|---|---|---|---|---|
| | | DE 386-1 | | | | | |
| I | Tyson Polski | BNYM 7/1/2023 Invoice DE 386-2 | | | | | |
| J | Tyson Polski | WF x2446 Account Record WFB_00004029 | | | | | |
| K | | AnaBianca Rudolph and Julian Rudolph v. Lawrence Rudolph, CV2023-006718 Default Judgment | | | | | |
| L | | Morgan Stanley Statements, July 31, 2023 | | | | | |
| M | | Western Sales Management, 7/25/23, $67,305.00 | | | | | |
| N | | GX 48 with current values | | | | | |
| O | | GX 49 with current values | | | | | |
| P | | 2022 & 2023 AZ and PA Expenses | | | | | |
| Q | | Julian Rudolph Declaration | | | | | |
| R | | TRDG Cash Balances | | | | | |
| S | | Current Complaints against TRDG | | | | | |