# Exhibits Admitted at Sentencing
## Case No. 1:22-cr-00012-WJM-1

| Date Admitted | Exhibit Number/Letter |
| --- | --- |
| 8/21/2023 | 4 |
| 8/21/2023 | 5 |
| 8/21/2023 | 6 |
| 8/21/2023 | 7 |
| 8/21/2023 | 8 |
| 8/21/2023 | 9 |
| 8/21/2023 | 10 |
| 8/21/2023 | 11 |
| 8/21/2023 | 12 |
| 8/21/2023 | 13 |
| 8/21/2023 | 14 |
| 8/21/2023 | 15 |
| 8/21/2023 | 16 |
| 8/21/2023 | 17 |
| 8/21/2023 | 18 |
| 8/21/2023 | 20 |
| 8/21/2023 | 23 |
| 8/21/2023 | 24 |
| 8/21/2023 | 25 |
| 8/21/2023 | 26 |
| 8/21/2023 | 28 |

**Exhibits Admitted at Sentencing**
**Case No. 1:22-cr-00012-WJM-1**

| Date Admitted | Exhibit Number/Letter |
|---|---|
| 8/21/2023 | 30 |
| 8/21/2023 | 31 |
| 8/21/2023 | 36 |
| 8/21/2023 | 41 |
| 8/21/2023 | 46 |
| 8/21/2023 | 51 |
| 8/21/2023 | 19 |
| 8/21/2023 | 21 |
| 8/21/2023 | 22 |
| 8/21/2023 | 27 |
| 8/21/2023 | 29 |
| 8/21/2023 | 32 |
| 8/21/2023 | 33 |
| 8/21/2023 | 34 |
| 8/21/2023 | 35 |
| 8/21/2023 | 37 |
| 8/21/2023 | 38 |
| 8/21/2023 | 39 |
| 8/21/2023 | 42 |
| 8/21/2023 | 43 |
| 8/21/2023 | 44 |

**Exhibits Admitted at Sentencing**
**Case No. 1:22-cr-00012-WJM-1**

| Date Admitted | Exhibit Number/Letter |
|---|---|
| 8/21/2023 | 1 |
| 8/21/2023 | 48 |
| 8/21/2023 | 49 |
| 8/21/2023 | 50 |
| 8/21/2023 | 40 |
| 8/21/2023 | H |
| 8/21/2023 | I |
| 8/21/2023 | J |
| 8/21/2023 | K |
| 8/21/2023 | L |
| 8/21/2023 | M |
| 8/21/2023 | N |
| 8/21/2023 | O |
| 8/21/2023 | P |
| 8/21/2023 | Q |
| 8/21/2023 | R |
| 8/21/2023 | S |
| 8/21/2023 | A |
| 8/21/2023 | B |
| 8/21/2023 | C |
| 8/21/2023 | D |

**Exhibits Admitted at Sentencing**
**Case No. 1:22-cr-00012-WJM-1**

| Date Admitted | Exhibit Number/Letter |
|---|---|
| 8/21/2023 | **E** |