IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: August 21, 2023
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George
Probation Officer: Ryan Kinsella
Law Clerk: Susan Jacoby

| Criminal Action No. **1:22-cr-00012-WJM-1** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Bryan David Fields |
|  | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
|  | Kurt J. Bohn |
| v. |  |
| LAWRENCE RUDOLPH, | David Oscar Markus |
|  | Anita Margot Moss |
| Defendant. |  |

## WITNESS LIST

| PLF | DEF | NAMES OF WITNESSES |
|---|---|---|
| 1 |  | Senior Inspector Tyson Polski |