IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH** and
2. LORI MILLIRON,

    Defendants.

---

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO VERIFIED PETITION OF BANK OF NEW YORK MELLON FOR ANCILLARY HEARING TO DETERMINE THIRD-PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE**

---

COMES NOW the United States of America, by and through the United States Attorney for the District of Colorado, moves this Court for a third order extending the time the United States has to file a responsive pleading to the Verified Petition of Bank of New York Mellon for Ancillary Hearing to Determine Third-Party Interest in Property Subject to Forfeiture ("Petition") (Docket # 386). As grounds therefore, the United States state as follows:

    1.    On July 17, 2023, Bank of New York Mellon, N.A. ("Petitioner") filed a Petition asking the Court to hold an ancillary hearing to determine any interest in the property the subject of the Court's Preliminary Order of Forfeiture (Docket # 386).

1

2. On July 18, 2023, this Court entered an Order directing the United States to file its response to the Petition by August 8, 2023. (Docket # 388).

3. On August 2, 2023, the United States filed an Unopposed Motion for Extension of Time to File Response to Verified Petition of Bank of New York Mellon for Ancillary Hearing to Determine Third-Party Interest in Property Subject to Forfeiture. (Docket # 399). On August 3, 2023, the Court granted the motion and extended the Government's deadline to file its response to the Petition to August 22, 2023. (Docket # 400).

4. On August 17, 2023, the United States filed a Second Unopposed Motion for Extension of Time to File Response to Verified Petition of Bank of New York Mellon for Ancillary Hearing to Determine Third-Party Interest in Property Subject to Forfeiture. (Docket # 408). On August 17, 2023, the Court granted the motion and extended the Government's deadline to file its response to the Petition to September 1, 2023. (Docket # 409).

5. This third request for an extension is made at this time as the parties believe they have reached an agreement to resolve the issues raised in the Petition. The extension of time will allow the parties to finalize the documentation required to achieve this resolution. The extension of time until Monday, September 11, 2023, is necessary to obtain the necessary approvals and the filing of the notice of withdrawal of the Petition or the filing of a responsive pleading.

6.   Counsel for the United States has conferred with opposing counsel regarding this matter, and they joined in this request for the extension of time.

WHEREFORE, the United States respectfully requests the Court enter an order allowing the parties until September 11, 2023, to either file the notice of withdrawal of the Petition or a responsive pleading.

DATED this 1st day of September 2023.

> Respectfully submitted,
>
> COLE FINEGAN
> United States Attorney
>
> By:  *s/ Kurt J. Bohn*
> Kurt J. Bohn
> Assistant United States Attorney
> U.S. Attorney's Office
> 1801 California St. Suite 1600
> Denver, CO 80202
> (303) 454-0100
> Kurt.Bohn@usdoj.gov
> Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                                     *s/ Charisha Cruz*
                                     Paralegal Specialist
                                     United States Attorney's Office