IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,

    Defendants.
_____/

## LAWRENCE RUDOLPH'S NOTICE OF APPEAL

Lawrence Rudolph, through undersigned counsel, appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment entered by this Court on August 25, 2023, (Doc. 415).

Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ Lauren Doyle Perez
       Lauren Doyle Perez
       Florida Bar Number 117687
       ldoyle@markuslaw.com