IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CRIMINAL CASE NO. 1:22-CR-0012-WJM-1

1. LAWRENCE RUDOLPH, and
2. LORI MILLIRON,

    Defendants.

## BANK OF NEW YORK MELLON'S
## NOTICE OF WITHDRAWAL OF PETITION

BNY Mellon, N.A. ("Petitioner"), through its counsel, hereby notifies the Court that it is withdrawing its Verified Petition for Ancillary Proceeding to Determine Third-Party Interest in Property Subject to Forfeiture, filed July 17, 2023 (Dkt. No. 386 ("Petition")).  Petitioner and the Government have come to an agreement and executed a settlement regarding the issues raised by the Petition.  Accordingly, Petitioner hereby withdraws its Petition.

Date:  September 11, 2023            Respectfully submitted,

                                                    */s/ Eddie A. Jauregui*
                                                    Eddie A. Jauregui
                                                    Eddie.Jauregui@hklaw.com
                                                    **HOLLAND & KNIGHT LLP**
                                                    400 South Hope Street 8th Floor
                                                    Los Angeles, CA 900711
                                                    Telephone:  (213) 896-2400
                                                    Facsimile: (213) 896-2450

                                                    *Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **September 11, 2023**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will serve it via transmission of Notice of Electronic Filing generated by CM/ECF or via other transmissions, on all counsel of record.

　　　　　　　　　　　　　　　　　　*/s/ Eddie A. Jauregui*
　　　　　　　　　　　　　　　　　　Eddie A. Jauregui