IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,

    Defendants.

### NOTICE OF ERRATA TO UNITED STATES' REPLY TO MEMORANDUM OF LAW IN OPPOSITION TO UNITED STATES MOTION TO DISMISS PETITIONERS' VERIFIED PETITION FOR ADJUDICATION OF INTEREST IN PROPERTY ORDERED FORFEITED

    The United States respectfully submits this notice of errata to its Reply to Memorandum of Law in Opposition to United States' Motion to Dismiss Petitioners' Verified Petition for Adjudication of Interest in Property Ordered Forfeited.

    On page 3 of its Reply, the United States cites the Rudolph Trust and inadvertently included quotation marks of the 12.01 of The Rudolph Trust.  This is a summary of the Trust provisions and not a direct quote.  Accordingly, the cite and parenthetical on page 3 should state: *See* ECF No. 367-3 (Article 12.01 of The Rudolph Trust provides **only** upon the death of both defendant and Mrs. Bianca Rudolph can the trustee divide the trust property and distribute to their descendants (Petitioners)).  Undersigned counsel apologizes for any inconvenience caused to the parties and the Court.

DATED this 26th day of September, 2023.

        Respectfully submitted,

        COLE FINEGAN

        United States Attorney


        ***s/Tonya Andrews***
        Tonya Andrews
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: tonya.andrews@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of September 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

      *s/ Sheri Gidan*
      FSA Paralegal
      Office of the U.S. Attorney